IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANGELA G. HAMBACH and  )
TED A. HAMBACH,  )
  )
    Plaintiffs,  )
  )
vs.  )  Case No. 15-cv-00709-JPG-RJD
  )
BUILDERS TRANSPORTATION  )
CO., LLC and DUSTIN M. IVERSON,  )
  )
    Defendants.  )

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**DATED:** 6/7/2017                      **Justine Flanagan**
                                             **Acting Clerk of Court**

                                             *s/Tina Gray,*
                                              **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **U.S. DISTRICT JUDGE**